IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| DIANE CHRISTINE JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>CLINICAL LABORATORIES OF HAWAII, LLP; RONALD LAGUTZ; DEBRA KATSURA; ELSA ISMAEL,<br><br>Defendants. | Civil No. 24-00551 MWJS-KJM<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO PROSECUTE |

**ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO DISMISS
<u>PLAINTIFF'S COMPLAINT FOR FAILURE TO PROSECUTE</u>**

Findings and Recommendation having been filed and served on all parties on November 10, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Magistrate Judge's Findings and Recommendation to Dismiss Plaintiff's Complaint for Failure to Prosecute, Dkt. No. 49, filed November 18, 2025, are adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED: December 10, 2025, at Honolulu, Hawaiʻi.



/s/ Micah W.J. Smith
Micah W.J. Smith
United States District Judge

Civil No. 24-00551 MWJS-KJM, *Diane Christine Johnson vs. Clinical Laboratories of Hawaii, LLP et al*; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO PROSECUTE